The Honorable Franklin D. Burgess

ORIGINAL

FILED   LODGED
RECEIVED

SEP 25 2002

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

CV 02 05329 #00000009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRACEY LEE HUGHES,

        Plaintiff,

    v

TOWN OF RAINIER, A Municipal Corporation
and MICHAEL ELLIOTT an Individual and JANE
DOE ELLIOTT, his wife and their marital
community property,

        Defendants

No  C02-5329FDB

PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT

Noted on Motion Calendar for.

**October 4, 2002**

Pursuant to Rule 55(b)(2), of the Local Rules of this Court, Plaintiff Tracey Lee Hughes

requests that a default judgment be ordered by the Court against Defendant Town of Rainier in

this matter  In support of this Motion for Default Judgment, Plaintiff submits the Declaration of

Frederick H  Gautschi, III (with exhibit) and the Certificate of Service on Defendant Town of

Rainier dated July 1, 2002

## FACTS

On June 25, 2002, the Complaint in this matter was filed  It was served on June 28,

2002, on the Town of Rainier at the Rainier Town Hall at 102 Rochester Street W., Rainier,

PLAINTIFF'S APPLICATION FOR
DEFAULT - 1

Harrell Desper Connell, Hunter
& Gautschi, PLLC
1325 Fourth Avenue, Suite 600
Seattle, WA 98101
(206) 583-0050
Fax (206) 583-0051

1  Washington. (Certificate of Service on Defendant Town of Rainier authored by Julie
2  Oberbillig)

3  　　　On July 9, 2002, Plaintiff's attorneys were served with a Notice of Appearance by
4  Johnson Christie Andrews & Skinner on behalf of all Defendants in this matter  On July 22,
5  2002, Robert Christie of Johnson Christie Andrews & Skinner and James Macpherson, submitted
6  a Notice of Withdrawal and Substitution for Defendants Elliott, indicating that James
7  Macpherson was substituting for Robert Christie as counsel for Defendants Elliott. (Gautschi
8  Declaration, ¶ 2 & 3)

9  　　　In August 2002, Robert Christie was requested in writing to serve and Answer on counsel
10  for the Plaintiff  Mr. Christie never responded to that request  On August 29, 2002, Plaintiff's
11  attorneys again requested from Mr  Christie when the Answer for the Town of Rainier would be
12  forthcoming  Mr  Christie indicated that he was "working on the Answer and would have it to
13  (Plaintiff's counsel) soon "  (Gautschi Declaration, ¶ 4 & 5)

14  　　　On September 11, 2002, Plaintiff's counsel wrote to Mr  Christie that if Defendant's
15  counsel did not file an Answer by September 17, 2002, Plaintiff's counsel was instructed by
16  Plaintiff to apply for a default judgment.  To date, Mr  Christie has not responded to that letter
17  Nor has Defendant Town of Rainier Answered the Complaint in this matter which was due on
18  July 18, 2002  (Gautschi Declaration, ¶ 6)

19  　　　　　　　　　　　　　　　　**ARGUMENT**

20  　　　The Plaintiff in this matter, like most plaintiffs, is reluctant to file a Motion for Default
21  Judgment when there has been an appearance by the opposing party.  However, in this case the
22  Plaintiff has no alternative but to move for a Default Judgment since she has exhausted all efforts
23  to persuade the Defendant Town of Rainier to file it s Answer and has received promises from
24  counsel for Defendant Town of Rainier to Answer this Complaint which have not been honored
25  It is anticipated that upon service of this Motion the Town of Rainier will finally file its Answer

PLAINTIFF'S APPLICATION FOR
DEFAULT - 2

Harrell Desper Connell, Hunter
& Gautschi, PLLC
1325 Fourth Avenue, Suite 600
Seattle, WA 98101
(206) 583-0050
Fax (206) 583-0051

1   However, in these circumstances the Plaintiff has not been able to persuade Defendant Town of

2   Rainier to file its Answer without resort to the Local Rules of this Court   For more than a month

3   Plaintiff has attempted to persuade the attorney for Defendant Town of Rainier without success

4   to simply file an Answer   Finally, in these circumstances the Plaintiff should be awarded her

5   attorneys' fees in bringing this Motion

6                                   **CONCLUSION**

7        For the reasons stated above, the Court should enter a Default Judgment against the Town

8   of Rainier and award Plaintiff her reasonable attorneys' fees in bringing this Motion

9        DATED this _24th_ day of _September_ 2002

10                               Harrell, Desper, Connell, Hunter
                                & Gautschi, P.L.L C
11

12

13                               Larry King, WSBA #
                                Frederick H. Gautschi, III, WSBA #20489
14                               George T Hunter, WSBA #14388
                                Timothy J. Pauley, WSBA #18583
15                               Bruce A  Harrell, WSBA #17173
                                Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S APPLICATION FOR
DEFAULT - 3

Harrell Desper Connell, Hunter
& Gautschi, PLLC
1325 Fourth Avenue, Suite 600
Seattle, WA 98101
(206) 583-0050
Fax (206) 583-0051

*The Honorable Franklin D Burgess*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRACEY LEE HUGHES,                              )
                                                )
                    Plaintiff,                  )       No  C02-5329FDB
                                                )
            v                                   )
                                                )
TOWN OF RAINIER, A Municipal                    )       CERTIFICATE OF SERVICE
Corporation and MICHAEL ELLIOTT, an             )       ON DEFENDANT TOWN OF RAINIER
Individual, and JANE DOE ELLIOTT, his           )
wife, and their marital community property,     )
                                                )
                    Defendants                  )
_____        )

I, Julie Oberbillig, swear under penalty of perjury that on the 28th day of June, 2002, I

served defendant Town of Rainier with a Summons and Complaint in the above captioned

lawsuit by serving them on Elizabeth Prihoda, City Clerk for the Town of Rainier  I served Ms

Prihoda at the Rainier Town Hall at 102 Rochester St  West in Rainier, Washington

SIGNED this 1ST day of July, 2002

Julie Oberbillig

LAW OFFICE OF
**LARRY J  KING**
PO Box 796
Olympia, WA 98507-0796
(360) 352-1591
FAX (360) 352-4563

